**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

INDEX #: 1:22-CV-08364-GHW

Attorneys: RAPHAEL DEUTSCH Company: STEIN SAKS, PLLC PH: (201) 282-6500 x114
Address: One University Plaza HACKENSACK, NJ 07601

Date Filed: 10/03/2022

Client's File No.:

---

*BRYAN VELAZQUEZ, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED*

*Plaintiff*

vs

*BETTER BABY INC*

*Defendant*

STATE OF ___Florida___ , COUNTY OF ___Broward___ SS.:     **AFFIDAVIT OF SERVICE**

___Frances Dixon___ , being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age. On __12/2/2022__ at __333 Pm__
at __3440 W HOLLYWOOD BLVD STE 415, HOLLYWOOD, FL 33021__ , deponent served the within

__SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL, NOTICE OF INITIAL PRETRIAL__
__CONFERENCE, MEDIATION REFERRAL ORDER__

on:     **BETTER BABY INC C/O LEGALCORP SOLUTIONS LLC** , _____ therein named.

**#1 INDIVIDUAL** ☐ By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** ☑ By delivering thereat a true copy of each to __Judy Rodriguez__ and that deponent knew the person so served to be the __Front desk__ of the corporation, and authorized to to accept service on behalf of the corporation.

**#3 SUITABLE AGE PERSON** ☐ By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** ☐ By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called
thereat on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#5 MAIL COPY** ☐ On _____, deponent completed service under the last two sections by depositing a copy of the documents listed above to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____
☐ and by Certified Mail #

**#6 NON-SRVC** ☐ After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other:

**#7 DESCRIPTION** ☑ A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3) Sex: __F__ Color of skin __White__ Color of hair __Black__ Age: __32__ Height: __5'2__
Weight: __125__ Other Features: _____

**#8 WIT FEES** Subpoena Fee Tendered in the amount of _____

**#9 MILITARYSRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of _____ and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military u

**#10 OTHER**

Sworn to before me on __Dec. 5, 2022__



JASON JON JONES
Commission # HH 132278
Expires June 20, 2025
Bonded Thru Budget Notary Services

_____ (signature)
Please Print Name Below Signature
__Frances Dixon__
Job # 572530