**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRYAN VELAZQUEZ, on behalf of himself
and all others similarly situated,

**Plaintiff(s),**

**- against -**

BETTER BABY, INC.,

**Defendant(s),**

-------------------------------------------------------------X

1:22   **Civ.** 8364  **(___)**

**CLERK'S CERTIFICATE**
**OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

9/30/2022 **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Better Baby Inc. c/o LegalcorpSolutions, LLC

**by personally serving** Judy Rodriguez ,

*and proof of service was therefore filed on* 12/11/2022 *Doc 7* .

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

February 02 **, 20** 23

**RUBY J. KRAJICK**
**Clerk of Court**

**By: _____**

**Deputy Clerk**
